IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 1 2 2006**

Civil Action No. 06-cv-00560-BNB

GREGORY C. LANGHAM
CLERK

GREGORY DEAN ALBRIGHT,

      Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,

      Defendants.

---

## ORDER

---

Plaintiff has filed **pro se** on March 20, 2006, a "Petition for a Temporary Restraining Order <combined with> a Motion for a Preliminary Injunction." Plaintiff alleges that he is a jailhouse lawyer and that on March 13, 2006, prison officials confiscated from his cell litigation documents he had prepared in connection with lawsuits filed by three other inmates. He asks that the seized documents and his status as a jailhouse lawyer be protected. For the reasons stated below, the motion will be denied.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. **See Lundgrin v. Claytor**, 619 F.2d 61, 63 (10th Cir. 1980). Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific

Dockets.Justia.com

factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b).

Plaintiff fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. The seized documents do not relate to cases in which Plaintiff is a party. Furthermore, Plaintiff does not have a protected right to be a jailhouse lawyer. *See Smith v. Maschner*, 899 F.2d 940, 950 (10th Cir. 1990). Accordingly, it is

ORDERED that the "Petition for a Temporary Restraining Order <combined with> a Motion for a Preliminary Injunction." filed on March 20, 2006, is denied.

DATED at Denver, Colorado, this ⏸ day of _____*April*_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00560-BNB

Gregory Dean Albright
Prisoner No. 95774
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___4-12-06___


GREGORY C. LANGHAM, CLERK


By: _____
                       Deputy Clerk