IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 5 - 20

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00560-BNB

GREGORY DEAN ALBRIGHT,

    Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,

    Defendants.

ORDER

    Plaintiff Gregory Dean Albright is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Albright has filed *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about his financial status, the court finds that Mr. Albright is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

    Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the

prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Albright may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Albright remains obligated to pay the required $250.00 filing fee through monthly installments as directed in this order.

Finally, the court will address the other motions filed by Mr. Albright that are pending. On April 5, 2006, Mr. Albright filed a combined motion to waive the requirement that he submit a certified copy of his inmate trust fund account statement and to address the emergency conditions he described in a motion for a temporary restraining order or preliminary injunction. On March 28, 2006, Mr. Albright filed a motion for an emergency hearing in connection with the motion for a temporary restraining order or preliminary injunction and on April 5, 2006, he filed a motion for summons of appearance in connection with the preliminary injunction hearing. All of the motions will be denied as moot. Mr. Albright's motion for a temporary restraining order or preliminary injunction was denied by Senior Judge Zita L. Weinshienk in an order filed on April 12, 2006. Mr. Albright also has submitted a certified copy of his inmate trust fund account statement. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on March 20, 2006, is granted. It is

FURTHER ORDERED that Mr. Albright may proceed in this action without payment of an initial partial filing fee. Mr. Albright remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the

outcome of this action. It is

FURTHER ORDERED that, until the $250.00 filing fee is paid in full, Mr. Albright shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Albright is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Albright must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Albright fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the "Petition to Wave Acct. Statement & Petition to Address Emergency Conditions" filed on April 5, 2006, the "Petition for Summons of Appearance for Preliminary Injunction Hearing" filed on April 5, 2006, and the motion for an emergency hearing filed on March 28, 2006, are denied as moot.

DATED May 5, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00560-BNB

Gregory D. Albright
Reg. No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_\_5.5.06\_\_\_

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                               Deputy Clerk