IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00560-BNB

GREGORY DEAN ALBRIGHT,

      Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion for Distribution of Litigation Documentation Pursuant to Fed. R. Civ. P. Rule 5(c) Citing: Numerous Defendants and Extraordinary Circumstances" filed on June 7, 2006, is DENIED. Plaintiff's "Motion for Enlargement of Time" filed on June 7, 2006, is GRANTED. Plaintiff shall have **up to and including August 7, 2006**, to file an amended complaint as directed.

Dated: June 9, 2006

Copies of this Minute Order were mailed on June 9, 2006, to the following:

Gregory Albright
Reg. No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk