F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

'JUN 2 1 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00560-BNB

GREGORY DEAN ALBRIGHT,

     Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,

     Defendants.

---

ORDER

---

     Plaintiff has filed *pro se* on June 14, 2006, a "Motion for Emergency Protection Order, Pursuant to Federal Civil Procedure Rule 65, TRO & Preliminary Injunction." Plaintiff alleges that he fears for his safety because he has been subjected to retaliation ever since he was transferred to the Sterling Correctional Facility.  Plaintiff specifically alleges that he has been denied copies, legal research materials, papers, pens, and envelopes; that he has been threatened; that he has been denied medical care; that legal documents and legal research notes have been confiscated; that he has been placed in segregation on orchestrated disciplinary charges; and that he has been subjected to three cell searches in one week.  Plaintiff asks to be transferred to a federal facility for his protection.  For the reasons stated below, the motion will be denied.

     A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues,

that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b).

Plaintiff fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Accordingly, it is

ORDERED that the "Motion for Emergency Protection Order, Pursuant to Federal Civil Procedure Rule 65, TRO & Preliminary Injunction" filed on June 14, 2006, is denied.

DATED at Denver, Colorado, this 20 day of _____ June _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00560-BNB

Gregory D. Albright
Reg. No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___6-21-06___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk