**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00560-BNB

GREGORY DEAN ALBRIGHT,

      Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2006

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Petition to Order Installments From Plaintiff's Inmate Account" filed on July 10, 2006, is DENIED. Plaintiff is responsible for making the monthly filing fee payments as directed in the court's May 5, 2006, order.

Dated: July 11, 2006

---

Copies of this Minute Order were mailed on July 11, 2006, to the following:

Gregory D. Albright
Prisoner No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                 Secretary/Deputy Clerk