IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00560-ZLW

GREGORY D. ALBRIGHT,

    Plaintiff,

v.

THE STATE OF COLORADO,
THE OFFICE OF THE GOVERNOR,
THE OFFICE OF THE COLORADO ATTORNEY GENERAL,
BILL OWENS,
JOHN SUTHERS,
COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
HUERFANO COUNTY CORRECTIONAL FACILITY,
CORRECTIONS CORPORATIONS OF AMERICA,
JOSEPH ORTIZ,
ROBERT KRUTZ,
H. FIELDS,
MR. DAVID,
KATHY JOHNSON,
PAUL PACHECO,
CAPTAIN JIMMERSON,
KIRK KATZENMEYER,
MS. SLACK,
MS. PENIAL,
R. MAESTAS,
LT. HASENACK, and
UNKNOWN PARTIES, Items 1-5, P.1a of Aug. 11, 2006, Amended Complaint,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2007

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Gregory D. Albright has filed *pro se* on February 1, 2007, a "Motion for Reconsideration Pursuant to Fed. R. Civ. P. 52(b) & Rule 59(e)." Mr. Albright asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in

this action on January 25, 2007.  The Court must construe the motion to reconsider liberally because Mr. Albright is proceeding *pro se*.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991).  Mr. Albright filed the motion to reconsider within ten days after the Order and Judgment of Dismissal.  Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e).  *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action because, despite filing a complaint, an amended complaint, and a second amended complaint, Mr. Albright largely failed to set forth a short and plain statement of his claims showing that he was entitled to relief.  The Court also determined that, to the extent certain claims were asserted clearly, those claims were legally frivolous.  In the motion to reconsider Mr. Albright argues that an additional document he filed in June 2006 did comply with the pleading requirements of Rule 8 and that a retaliation claim he is raising is not legally frivolous.  Mr. Albright also asks to be allowed to file another amended pleading or to raise his claims in a new action.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Albright fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action.  The three major grounds that justify

reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Albright does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Neither the Notice of Adjudication Mr. Albright filed in June 2006 nor the retaliation claim he references in the motion to reconsider remedies the pleading inadequacies identified by the Court in the Order and Judgment of Dismissal. Furthermore, Mr. Albright already has been provided multiple opportunities to file an amended pleading with explicit directions to comply with the pleading requirements of Rule 8 and he failed to do so. Therefore, the motion to reconsider will be denied. To the extent the Court dismissed Mr. Albright's claims pursuant to Rule 8, he may file a new civil action if he chooses. Accordingly, it is

ORDERED that the "Motion for Reconsideration Pursuant to Fed. R. Civ. P. 52(b) & Rule 59(e)" filed on February 1, 2007, is denied.

DATED at Denver, Colorado, this __8__ day of ___Feb.___, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00560-BNB

Gregory D. Albright
Reg. No. 95774
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/8/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk